August 4, 2015

SENT VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Shellpoint Mortgage Servicing
P.O. Box 1410
Troy, MI 48099-1410

Bank of America
Mail Stop, CA6-919-02-41
P.O. Box 5170
Simi Valley, CA 93062-5170

Re: Laurence N. Burton and Janet K. Burton
8807 41st Ave East
Tacoma, WA 98446

Loan Number: ▓▓▓▓▓517

**WE HEREBY EXERCISE OUR RIGHTS TO RESCIND THE ABOVE REFERENCED LOAN TRANSACTION IN ITS ENTIRETY PURSUANT TO THE PROVISIONS OF THE TRUTH IN LENDING ACT, 15 U.S.C. §1635 AND *JESINOSKI v. COUNTRYWIDE*, 135 S. Ct. 790 (2015). UNDER STATE AND FEDERAL LAW, THE MORTGAGE IS NOW EXTINGUISHED AND YOUR RIGHTS UNDER THE DEED OF TRUST HAVE TERMINATED.**

We hereby rescind the above referenced loan and/or declare it to be null and void. You have no further rights to the deed of trust or collection activities on the promissory note.

Sincerely,

*[signature]*
Laurence Burton

*[signature]*
Janet Burton

cc: Jill J. Smith, Attorney at Law, Natural Resource Law Group PLLC, Seattle, WA