## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.

1. Article Addressed to:

   Bank of America
   1800 Tapo Canyon Rd.
   Simi Valley, CA 93063

   Vera J. – Gr. T.

2. Article Number (Transfer from service label): 7010 1870 0002 5703 6665

**COMPLETE THIS SECTION ON DELIVERY**

- A. Signature: X *Genaro Cervacio* — Agent
- B. Received by (Printed Name):
- C. Date of Delivery: AUG 17 2015 (Simi Valley stamp)
- D. Is delivery address different from item 1? No
- 3. Service Type: ☒ Certified Mail
- 4. Restricted Delivery? (Extra Fee): No

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Green Tree Servicing LLC
   7360 S. Kyrene Rd.
   Tempe, AZ 85283

   Vera J. Gr. T.

2. Article Number: 7010 1870 0002 5703 6658

**COMPLETE THIS SECTION ON DELIVERY**

- A. Signature: X GT Mailroom — ☒ Agent
- B. Received by (Printed Name): R. Flores
- C. Date of Delivery: 8-17
- D. Is delivery address different from item 1? Yes
- 3. Service Type: ☒ Certified Mail

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Federal National Mortgage Assoc.
   14221 Dallas Parkway
   Suite 1000
   Dallas, TX 75254

   Vera J. – Gr. T.

2. Article Number: 7010 1870 0002 5703 6641

**COMPLETE THIS SECTION ON DELIVERY**

- A. Signature: X (signature) — ☒ Agent
- B. Received by (Printed Name): R. CRAWFORD
- C. Date of Delivery: 8/18
- 3. Service Type: (none checked)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Presentment Letter

Laurence N. Burton
8807 41st Ave E
Tacoma, WA 98446

Registered Mail #: RE 452 328 367 US

Mortgage Account #: 032

Attn: CEO
BANK OF AMERICA
100 N Tryon St
Charlotte, NC 28255

Dear BANK OF AMERICA, Brian Moynihan, CEO

My above referenced account is current paid every 30 days.

However information has recently come to light that has raised both questions and concerns as to the validity of the lien rights of the third party participant in the mortgage liens.

In order to satisfy these questions, and verify the validity of the mortgage liens that your mortgage servicer, BANK OF AMERICA has against the property at 8807 41st Ave E Tacoma, WA 98446, I demand to see the following:

1. The original mortgage note, or contract, with the wet inked signature in the attached flesh and blood name of Janet K. & Laurence N. Burton, duly signed and witnessed by both parties and not a unilateral agreement, and upon which signed page is referenced through the entire agreement.
2. The title page that shows whether or not the mortgage has already been satisfied.
3. Proof of claim that BANK OF AMERICA is the current legal titleholder in due course to the property, and that it has not been sold to another party.
4. A certified copy of the actual accounting where you, BANK OF AMERICA incurred a log of an alleged debt, and/or evidence that BANK OF AMERICA actually loaned money incurring any liability or gave anything of value for this mortgage.
5. A certified invoice, not a statement, for the final outstanding amount presently owed and/or owed in the future by Janet K. & Laurence N. Burton on this account #106233032.
6. The return of all profits made off the sale of my mortgage. The estimated amount is $1,536,000.00 dollars to be confirmed by an electronic forensic accountant and accounting.

If I have not received evidence of the above requested information within three (3) business days (72 hours) of your receipt of this correspondence, I can only conclude that the claim on this property by BANK OF AMERICA is not valid and unenforceable.

Without a lawful proof of claim, BANK OF AMERICA would be participating in dishonor in commerce, grand theft, fraud, conspiracy, and racketeering. If a valid claim cannot be produced, and I

believe that no such proof exists, I demand that you set the above account to zero balance owed, that all liens and encumbrances placed by BANK OF AMERICA be removed and cancelled, and the Title of Ownership sent to Laurence Neal Burton.

If I do not receive a response in writing in a three (3) business day (72 hour) period upon receipt of this correspondence, I will assume, by acquiescence, that BANK OF AMERICA has no such evidence or claim. If the balance is not reduced to zero and the above allegations are not corroborated other severe penalties for dishonor in commerce, theft, racketeering, punitive damages and the theft of public funds, damages not limited to this list, will be incurred and assessed. Prove your claim against me by providing to the notary, at my notary's address, with lawful, documented proof of evidence that this is certified, true and correct claim, certified by the officers of the corporation in their unlimited commercial liability while under oath on and for the official record under penalties of law including perjury. This evidence must prove your case by preponderance and of the greater weight of evidence, and must answer each and every averment for proof of claim, point by point individually. If any and all points are not answered fully, and accompanied by lawfully documented evidence as provided here, that will be default on your part. No response according to the conditions of this here say will be default.

Incomplete answers and/or a lack of documented evidence as outlined here will be default. If BANK OF AMERICA and/or its assigned legal representatives, fail to respond as outlined herein within three (3) business days, (72 hours), this will be default. Non-response will be a self-executing confession of judgment by you and will be complete and full agreement with all statements, terms and conditions of this contract.

This letter is respectfully submitted via a notary with a return receipt requested that any and all responses to this letter be made in writing to the mailing address of the notary.

I thank you for your kind consideration and timely response.

With regards,


_Laurence N. Burton_  9/23/2010
Authorized Representative