```
                    LINCOLN
                   3705 S G ST
                    TACOMA
                      WA
                   98418999?
            (800)275-8777    1:46 PM
08/05/2015
===========================================
                              Sale    Final
Product                        Qty    Price
Description
===========================================
First-Class                     1     $0.49
Mail
Letter
    (Domestic)
    (SIMI VALLEY, CA  93062)
    (Weight:0 Lb 0.50 Oz)
    (Expected Delivery Day)
    (Saturday 08/08/2015)
Certified                       1     $3.45
    (@@USPS Certified Mail #)
    (70060100000318699455)
Return                          1     $2.80
Receipt
    (@@USPS Return Receipt #)
    (9590952106150049290606)
First-Class                     1     $0.49
Mail
Letter
    (Domestic)
    (TROY, MI  48099)
    (Weight:0 Lb 0.50 Oz)
    (Expected Delivery Day)
    (Saturday 08/08/2015)
Certified                       1     $3.45
    (@@USPS Certified Mail #)
    (70060100000318699462)
Return                          1     $2.80
Receipt
    (@@USPS Return Receipt #)
    (9590952106150049290613)

Total                                $13.48

Debit Card Remit'd                   $33.48
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXXX0541)
```





**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   SHELLPOINT MORTGAGE
   SERVICING
   PO BOX 1410
   TROY MI 48099-1410

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X R Sobosky — ☒ Agent ☐ Addressee
- B. Received by (Printed Name): R Sobosky
- C. Date of Delivery: 8/10/15
- D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0003 1869 9462

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BANK OF AMERICA
   MAIL STOP CA6-919-02-41
   PO BOX 5170
   SEMI VALLEY CA 93062-5170

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X Genaro Cervacio — ☐ Agent ☐ Addressee
- B. Received by (Printed Name):
- C. Date of Delivery: Received AUG 10 2015
- D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0003 1869 9455

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540