THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAURENCE N. BURTON, et al.,

     Plaintiffs,

v.

SHELLPOINT MORTGAGE SERVICING,
BANK OF AMERICA, N.A., et al.,

     Defendants.

NO.  3:15-CV-05769-RBL

NOTICE OF WITHDRAWAL OF
PENDING MOTION FOR DEFAULT
JUDGMENT

ON JANUARY 27, 2016, Plaintiffs filed a Motion for Default Judgment against Defendant Shellpoint Mortgage Servicing, (Dkt. #7), and pursuant to the local rules noted it on the calendar for the same day, January 27, 2016.  The motion is currently pending.  Plaintiffs hereby withdraw the Motion for Default Judgment against Shellpoint Mortgage Servicing.

DATED this __29th__ day of January 2016.

NATURAL RESOURCE LAW GROUP, PLLC

/s/ Jill J. Smith_____
Jill J. Smith, WSBA #41162

MOTION FOR DEFAULT JUDGMENT - 1